UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61228-CIV-COHN/SELTZER

MELISSA HEALY,

      Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, AND AWARDING ATTORNEY FEES

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 23], submitted by Magistrate Judge Barry S. Seltzer, recommending that the Court award attorney fees to the Plaintiff, Melissa Healy, in this matter. The Court has conducted a *de novo* review of Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act [DE 20], the record in this case, and is otherwise advised in the premises. The Court notes that no objections to the Report and Recommendation have been filed, and the time for filing such objections has passed. In consideration of the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Report and Recommendation [DE 23] is **ADOPTED**.
2.    Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act [DE 20] is **GRANTED**. Fees in the amount of $4,040.41 are awarded to Plaintiff to be paid by the Social Security Administration. Final Judgment

on attorney fees will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 18th day of March, 2009.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF